IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BURROWS | § | |
| v. | § | CIVIL ACTION NO. 6:12cv379 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER OF DISMISSAL

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration.  The Report and Recommendation recommends that the Commissioner's Motion to Dismiss and Incorporated Supporting Memorandum (docket entry #10) be granted and this action be dismissed without prejudice for failure to exhaust administrative remedies prior to filing.  No written objections have been filed.  The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Commissioner's Motion to Dismiss and Incorporated Supporting Memorandum (docket entry #10) is hereby **GRANTED** and this action is hereby **DISMISSED** without prejudice to re-filing after Plaintiff's administrative remedies have been exhausted.  It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

**It is SO ORDERED.**

**SIGNED this 28th day of September, 2012.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE